## Duke v. Duke.

(Decided January 9, 1923.)

### Appeal from Fulton Circuit Court.

Divorce—Alimony—Cruel and Inhuman Treatment—Sufficiency of Evidence.—In an action for divorce evidence considered and held sufficient to authorize a divorce and alimony on the ground of cruel and inhuman treatment.

ED. THOMAS for appellant.

H. T. SMITH and W. J. WEBB for appellee.

OPINION OF THE COURT BY JUDGE CLAY—Reversing.

Pauline Duke appeals from a judgment denying her a divorce and alimony.

The divorce was asked on the ground of cruel and inhuman treatment. A detailed statement of the evidence is unnecessary. Appellant testified to several occasions when appellee either struck her, kicked her, threw at her or otherwise handled her in a very rough manner. Though appellee denies the charges, appellant is supported by other witnesses. It is true that when appellant left the home of appellee, the trouble began with a romp, but ended rather seriously for appellant. Notwithstanding the fact that she had been sick with fever and was just out of bed, appellee picked her up and put her out of doors in the rain. On the whole we conclude that the evidence was sufficient to make out a case of cruel and inhuman treatment.

Judgment reversed and cause remanded with directions to grant appellant a divorce and to award her such alimony as appears reasonable under the circumstances.